IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CAUSE NO.: 4:20-CR-00382 |
| ABDULLAH ANWAR | § | |

**MOTION TO WITHDRAW AS COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Mark T. Lassiter, Attorney of Record for Defendant, and would ask the Court to grant this Motion to Withdraw as Counsel and as grounds for such would offer the following:

I.

Defendant failed to remain in contact with undersigned counsel.

**WHEREFORE PREMISES CONSIDERED**, Defendant prays the Court grant this motion and allow counsel to withdraw from representation in this case.

Respectfully submitted,

*/s/ Mark T. Lassiter*

Mark Lassiter
Texas State Bar No. 24055821
3300 Oak Lawn Ave. Ste. 700
Dallas, Texas 75219
214-845-7007
mark@lomtl.com

**CERTIFICATE OF CONFERENCE**

I, undesigned counsel, hereby certify I attempted to confer with Assistant United States Attorney Lesley Brooks concerning the merits of the foregoing Motion to Withdraw as Counsel and Ms. Brooks was unavailable.

*/s/ Mark T. Lassiter*

MARK T. LASSITER

**CERTIFICATE OF SERVICE**

I, undersigned counsel, hereby certify a true and correct copy of the foregoing Motion to Withdraw as Counsel was forwarded to the U.S. Attorney's Office and the U.S. District Clerk's Office on this the 13th day of July, 2026, via ECF.

*/s/ Mark T. Lassiter*

MARK T. LASSITER