11319044

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Texas

United States of America
v.

Abdullah Anwar (86)

_____
*Defendant*

)
)
)
)
)
)
)

Case No.   4:20-cr-00382-SDJ-KPJ-86

**RECEIVED**
**EASTERN DISTRICT OF TEXAS**
10:41 am Sep 29, 2023

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Abdullah Anwar                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☑ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18:3142(c)   - Violation for Action on Conditions of Pretrial Release

Date:    09/27/2023

City and state:    Sherman, TX

*David A. O'Toole*
*Issuing officer's signature*

David A. O'Toole, Clerk
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 9/27/23 , and the person was arrested on *(date)* 7/10/26 at *(city and state)* Dallas, Texas . | |

Date:   7/14/26

*Arresting officer's signature*

Kyle Hangevtt
*Printed name and title*